No. 95–767.  CALIFORNIA PUBLIC UTILITIES COMMISSION ET AL. v. BRAS, INDIVIDUALLY AND DBA J. JACK BRAS & ASSOCIATES.  C. A. 9th Cir.  Motion of AT&T et al. for leave to file a

brief as *amici curiae* granted.   Certiorari denied.